FILED

08/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0392

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 19-0392

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

PHILLIP BRUINSMA,

     Defendant and Appellant.

## ORDER

Upon reading and filing the Unopposed Motion for Leave to Withdraw as Counsel by Attorney Penelope S. Strong, and good cause appearing, wherefore:

IT IS HEREBY ORDERED that the Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order to all counsel of record and to the Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 3 2020